UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE UNITED STATES OF AMERICA,
THE STATE OF FLORIDA and JAEL
CANCEL,

    Plaintiffs,

v.                                      Case No:   6:14-cv-512-Orl-28TBS

CENTRAL MEDICAL SYSTEMS, LLC,
ALAN T. HARLEY, JOAN HARLEY,
ARTHUR WRIGHT and MEDDEX
SOLUTIONS, LLC,

    Defendants.
_____

## ORDER

    This case comes before the Court on Defendants Central Medical Systems, LLC, Alan T. Harley and Joan Harley's Request for Copies (Doc. 116) which has been docketed as a motion. The request is a device to obtain discovery from Plaintiffs. This district prohibits litigants from filing discovery materials unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery (2015) at 4;[1]  see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. There is no good reason for filing the request for copies and therefore, it is **STRICKEN**.

    **DONE** and **ORDERED** in Orlando, Florida on April 18, 2019.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

---

    [1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, in the left hand column under the "Local Rules" tab.

Copies furnished to:

    Counsel of Record
    Unrepresented Parties